UNITED STATES DISTRICT COURT 
 SOUTHERN DISTRICT OF FLORIDA 

 Case No. 2:20-cv-23221-KMM 

DREIJAH J. MUHAMMAD-ALI, 

Petitioner, 
v. 

“11TH CIR. U.S. DISTRICT [30303],” et al., 
ET AL., 

Respondents. 
 / 

 ORDER ON REPORT AND RECOMMENDATION 
THIS CAUSE came before the Court upon Petitioner Dreijah J. Muhammad-Ali’s pro se 
Petition for Writ of Habeas Corpus. (“Pet.”) (ECF No. 1).1 The matter was referred to the 
Honorable Lisette M. Reid, United States Magistrate Judge, who issued a Report and 
Recommendation recommending that Petitioner’s Petition be TRANSFERRED to the United 
States District Court for the Middle District of Alabama. (“R&R”) (ECF No. 5). Petitioner filed 
objections. (“Objs.”) (ECF No. 6). The matter is now ripe for review. As set forth below, the 
Court ADOPTS the R&R. 
The Court may accept, reject, or modify, in whole or in part, the findings or 
recommendations made by the magistrate judge. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3). 
The Court “must determine de novo any part of the magistrate judge’s disposition that has been 
properly objected to.” Fed. R. Civ. P. 72(b)(3). A de novo review is therefore required if a party 
files “a proper, specific objection” to a factual finding contained in the report. Macort v. Prem, 

1 In the Petition, Petitioner does not identify whether he files the Petition under 28 U.S.C. 2241 or 
2254. Nevertheless, it is immaterial under which section Petitioner filed the Petition because, as 
set forth herein, the Court finds that it does not have jurisdiction to consider the Petition. 
Inc., 208 F. App’x 781, 784 (11th Cir. 2006). “It is critical that the objection be sufficiently 
specific and not a general objection to the report” to warrant de novo review. Id. 
As set forth in the R&R, Magistrate Judge Reid finds that the Court does not have 
jurisdiction over the Petition because Petitioner is confined in Bibb County, which is located in 
the Middle District of Alabama. R&R at 2. Accordingly, Magistrate Judge Reid recommends 

transferring the Petition to the Middle District of Alabama. 
“[F]or core habeas petitions challenging present physical confinement, jurisdiction lies in 
only one district: the district of confinement.” Rumsfeld v. Padilla, 542 U.S. 426, 443 (2004) 
“Whenever a civil action is filed in a court . . . and that court finds that there is a want of 
jurisdiction, the court shall, if it is in the interest of justice, transfer such action or appeal to any 
other such court . . . in which the action or appeal could have been brought.” 28 U.S.C. § 1631. 
Transfer under § 1631 can be initiated sua sponte. Brentwood Inv., LLC v. Stanley, No. 6:13-cv-
1635-Orl-22KRS, 2014 WL 12726559, at *4 (M.D. Fla. Feb. 19, 2014) (citing Trujillo v. Williams, 
465 F.3d 1210, 1222 (10th Cir. 2006)). 

Petitioner’s objections are largely incoherent and not relevant to the question of whether 
the Court has jurisdiction to consider his Petition. See generally Objs. Indeed, Petitioner does not 
specifically object to any of Magistrate Judge Reid’s findings or conclusions. See generally id. 
Accordingly, a de novo review of Magistrate Judge Reid’s R&R is not warranted because 
Petitioner does not make a “proper, specific objection” to any of Magistrate Judge Reid’s findings. 
See Macort, 208 F. App’x at 784. Therefore, the Court agrees with Magistrate Judge Reid’s 
finding that the Court does not have jurisdiction to consider the Petition. Moreover, the Court 
agrees with Magistrate Judge Reid’s recommendation that the Court transfer this matter to the 
Middle District of Alabama. 
 UPON CONSIDERATION of the Petition, the R&R, the pertinent portions of the record, 
and being otherwise fully advised in the premises, it is hereby ORDERED AND ADJUDGED that 
the R&R (ECF No. 5) is ADOPTED. The Clerk of the Court is DIRECTED to TRANSFER this 
action to the United States District Court for the Middle District of Alabama. The Clerk of Court 
is instructed to CLOSE this case. All pending motions, if any, ace DENIED AS MOOT. 
 DONE AND ORDERED in Chambers at Miami, Florida, this ist day of October, 2020. 

 K Ld MOORE 
 CHIEF UNITED STATES DISTRICT JUDGE 

c: All counsel of record